**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Joshua A Verde
  *Plaintiff(s),*

v.                                                      Case No. 4:16–cv–02659

Federal Aviation Administration
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Summary Judgment – #12
Motion for Summary Judgment – #17

DATE:    **10/19/2017**

TIME:    **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**                                    Date: September 27, 2017

By Deputy Clerk, A. Rivera